UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA A. POWELL,
    Plaintiff

Civil Action No. 09-12795

v.

Magistrate Judge R. Steven Whalen

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# JUDGMENT

This matter is before the Court on motions for summary judgment by both parties. For the reasons set forth in an Opinion and Order entered on this date, granting the Defendant's motion for summary judgment and denying the Plaintiff's motion for summary judgment,

IT IS ORDERED, ADJUDGED AND DECREED that this case be, and hereby is, DISMISSED WITH PREJUDICE.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 1, 2010.

    S/Gina Wilson
    Judicial Assistant